UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

  -vs-

PATRICK H. COLEMAN, PRESIDENT,
P.J. HOSPITALITY, INC.,
d/b/a BEANS AND CORNBREAD,

    Respondent.
_____/

MISC. NO. 09-mc-50528

HON. ROBERT H. CLELAND

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS Summons filed against Patrick H. Coleman, President, P.J. Hospitality, Inc., d/b/a Beans and Cornbread;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons brought against respondent, Patrick H. Coleman, President, P.J. Hospitality, Inc., d/b/a Beans and Cornbread, by the petitioner is hereby dismissed without prejudice and without costs.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: October 29, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 29, 2010, by electronic and/or ordinary mail.

                                        S/Lisa Wagner  
                                        Case Manager and Deputy Clerk  
                                        (313) 234-5522